# EXHIBIT B

# FINANCIAL PROJECTIONS

**Projected Income Statement**

| *(Amounts in millions)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Revenues | | | | | | |
| New vehicle | $ 164.6 | $ 217.3 | $ 354.1 | $ 412.4 | $ 425.7 | $ 442.7 |
| Pre-owned vehicle | 133.7 | 160.7 | 205.5 | 237.8 | 245.4 | 254.2 |
| Parts, service & other | 18.4 | 19.0 | 19.3 | 19.6 | 20.2 | 20.9 |
| Finance & Insurance | 8.5 | 10.5 | 13.7 | 15.7 | 16.6 | 17.5 |
| RallyPark | 1.5 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 |
| Other | 0.3 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Total revenues | 327.0 | 409.6 | 594.7 | 687.6 | 710.0 | 737.5 |
| Cost of Revenue | | | | | | |
| New vehicle | 156.9 | 200.0 | 326.6 | 379.2 | 390.3 | 406.0 |
| Pre-owned vehicle | 121.1 | 143.3 | 181.7 | 209.4 | 216.0 | 223.7 |
| Parts, service & other | 11.0 | 9.8 | 10.5 | 11.0 | 10.8 | 11.1 |
| Total cost of revenues | 289.1 | 353.1 | 518.8 | 599.6 | 617.1 | 640.7 |
| Gross profit | 37.9 | 56.5 | 75.9 | 88.1 | 92.9 | 96.7 |
| Selling, general and administrative costs | 61.7 | 59.3 | 66.0 | 71.4 | 74.1 | 75.8 |
| Reorganization Adjustments | (138.1) | - | - | - | - | - |
| Income before interest expense and income taxes | 114.4 | (2.8) | 9.9 | 16.6 | 18.8 | 20.9 |
| Interest expense | 2.4 | 3.4 | 3.6 | 3.8 | 4.0 | 4.2 |
| Income / (loss) before income taxes | 111.9 | (6.2) | 6.3 | 12.9 | 14.8 | 16.7 |
| Income tax (benefit) expense | (1.2) | (0.8) | 1.6 | 5.8 | 6.3 | 7.0 |
| Net (loss) income | $ 113.1 | $ (5.4) | $ 4.8 | $ 7.1 | $ 8.5 | $ 9.7 |

**Projected Balance Sheet**

| *(Amounts in millions)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---:|---:|---:|---:|---:|---:|
| Cash | $ 0.0 | $ 0.0 | $ 4.0 | $ 13.6 | $ 19.7 | $ 32.3 |
| Receivables, net | 5.3 | 5.8 | 7.4 | 9.7 | 12.8 | 15.0 |
| Inventory | 69.2 | 77.4 | 80.1 | 86.8 | 88.2 | 91.4 |
| Prepaid expenses | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 2.2 |
| Total current assets | 76.8 | 85.5 | 93.8 | 112.4 | 123.0 | 140.9 |
| Property and equipment, net | 28.7 | 27.4 | 25.8 | 25.2 | 22.2 | 19.4 |
| Loans & other costs, net | 1.3 | 1.0 | 1.3 | 1.0 | 0.7 | 0.4 |
| Goodwill | 23.4 | 23.4 | 23.4 | 23.4 | 23.4 | 23.4 |
| Intangible assets, net | 55.0 | 52.5 | 50.0 | 47.5 | 45.0 | 42.5 |
| Other assets | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Total assets | $ 185.3 | $ 189.9 | $ 194.4 | $ 209.6 | $ 214.4 | $ 226.8 |
| Floor plan notes payable | $ (56.1) | $ (64.7) | $ (60.1) | $ (64.6) | $ (66.3) | $ (69.2) |
| Accounts payable & accrued expenses | (5.3) | (7.7) | (10.2) | (11.4) | (11.6) | (12.0) |
| Accrued interest | (0.2) | (0.3) | (0.2) | (0.2) | (0.3) | (0.3) |
| Reserve for charge backs | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) |
| Customer deposits | (1.2) | (1.2) | (1.8) | (2.1) | (2.1) | (2.2) |
| Income taxes payable | (0.0) | (0.4) | (3.0) | (6.2) | (1.8) | (2.1) |
| Deferred income tax | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) |
| Total current liabilities | (63.9) | (75.3) | (76.3) | (85.6) | (83.1) | (86.8) |
| Reserve for charge backs | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) |
| Deferred rent | (12.9) | (11.9) | (10.9) | (9.9) | (8.9) | (8.0) |
| Deferred income taxes | (21.2) | (20.1) | (18.9) | (17.7) | (16.6) | (15.4) |
| Other liabilities | (0.0) | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 |
| Other liabilities | (34.8) | (32.6) | (30.4) | (28.3) | (26.1) | (23.9) |
| Common stock | (70.0) | (70.0) | (70.0) | (70.0) | (70.0) | (70.0) |
| Preferred stock | (10.2) | (11.0) | (12.0) | (12.9) | (14.0) | (15.2) |
| Retained earnings | (6.4) | (1.0) | (5.7) | (12.8) | (21.2) | (30.9) |
| Total stockholder equity | (86.6) | (82.0) | (87.7) | (95.7) | (105.2) | (116.1) |
| Total liabilities & stockholder equity | $ (185.3) | $ (189.9) | $ (194.4) | $ (209.6) | $ (214.4) | $ (226.8) |

**Statement of Cash Flows**

| *(Amounts in millions)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Cash flows from operating activities | | | | | | |
|   Net income (loss) | $ 113.1 | $ (5.4) | $ 4.8 | $ 7.1 | $ 8.5 | $ 9.7 |
|   Adjustments to reconcile net income to net cash from operating activities | | | | | | |
|     Depreciation and amortization | 7.2 | 7.1 | 7.4 | 7.9 | 7.8 | 7.6 |
|     Other operating activities | 15.9 | (7.2) | (0.1) | (5.3) | (9.8) | (5.7) |
|     Other non-operating restructure adjustments | (142.3) | - | - | - | - | - |
|   Net cash (used in) provided by operating activities | (6.1) | (5.6) | 12.1 | 9.6 | 6.5 | 11.6 |
| Cash flows from investing activities | | | | | | |
|   Purchases of property and equipment | (0.8) | (3.0) | (3.0) | (4.5) | (2.0) | (2.0) |
|   Net cash (used in) provided by investing activities | (0.8) | (3.0) | (3.0) | (4.5) | (2.0) | (2.0) |
| Cash flows from financing activities | | | | | | |
|   Net borrowings (payments) under floor plan | (6.6) | 8.6 | (4.6) | 4.6 | 1.6 | 2.9 |
|   Issuance of preferred stock | 10.0 | - | - | - | - | - |
|   Loan and other costs | (0.7) | - | (0.5) | - | - | - |
|   Net cash (used in) provided by financing activities | 2.7 | 8.6 | (5.1) | 4.6 | 1.6 | 2.9 |
| Net change in cash | (4.2) | - | 4.0 | 9.6 | 6.1 | 12.5 |
|   Cash at beginning of period | 4.2 | - | - | 4.0 | 13.6 | 19.7 |
|   Cash at end of period | $ - | $ - | $ 4.0 | $ 13.6 | $ 19.7 | $ 32.3 |