# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAZY DAYS' R.V. CENTER, INC., et al.,[1] | ) | Case No. 09-13911 (KG) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF (I) ENTRY OF ORDER (A) APPROVING THE DEBTORS' (1) DISCLOSURE STATEMENT PURSUANT TO SECTIONS 1125 AND 1126(b) OF THE BANKRUPTCY CODE, (2) SOLICITATION OF VOTES AND VOTING PROCEDURES, AND (3) FORMS OF BALLOTS, AND (B) CONFIRMING THE DEBTORS' JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) THE EFFECTIVE DATE

**TO CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "Confirmation Order") of the Honorable Kevin Gross, United States Bankruptcy Judge, approving the disclosure statement, solicitation of votes and voting procedures, and forms of ballots, and confirming the *Joint Prepackaged Plan of Reorganization of Lazy Days' R.V. Center, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code)*, dated September 4, 2009 (the "Prepackaged Plan") of the above-captioned debtors (collectively, the "Debtors"), was entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on December 8, 2009. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Prepackaged Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Confirmation Order is also available on the Debtors' web site at http://chapter11.epiqsystems.com/lazydays or by accessing the Bankruptcy Court's web site http://www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's web site.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Prepackaged Plan occurred on December 22, 2009.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Lazy Days' R.V. Center, Inc. (4794); LD Holdings, Inc. (1834); LDRV Holdings Corp. (6915); and RV Acquisition Inc. (1630). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 6130 Lazy Days Boulevard, Seffner, Florida 33584-2968.

PLEASE TAKE FURTHER NOTICE that the Prepackaged Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim or Interest and such Holders' respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Prepackaged Plan and whether or not such Holder or Entity voted to accept the Prepackaged Plan.

Dated: December 22, 2009
Wilmington, Delaware

Robert S. Brady (Bar No. 2847)
Edmon L. Morton (Bar No. 3856)
Sean T. Greecher (Bar No. 4484)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

and

David L. Eaton (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle St.
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Jennifer L. Marines (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Co-Counsel for the Reorganized Debtors