IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LAZY DAYS' R.V. CENTER, INC., et al.,[1] ) | Case No. 09-13911 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Ref. Docket No. 139, 146 |

**FINAL DECREE CLOSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022**

Upon consideration of the motion (the "Motion") of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to section 350(a) of the Bankruptcy Code,[2] Bankruptcy Rule 3022, and Local Bankruptcy Rule 5009-1 seeking to close the Chapter 11 Cases; and the Court having been satisfied that the Reorganized Debtors have consummated the Prepackaged Plan and it appearing that the Reorganized Debtors' estates have been fully administered; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Lazy Days' R.V. Center, Inc. (4794); LD Holdings, Inc. (1834); LDRV Holdings Corp. (6915); and RV Acquisition Inc. (1630). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 6130 Lazy Days Boulevard, Seffner, Florida 33584-2968.

[2] Capitalized terms used herein and not otherwise defined shall have the same meaning ascribed to them in the Motion.

the Notice Parties, and no other or further notice being required; and the Court having found that good and sufficient cause exists for granting the Motion, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The cases of LD Holdings, Inc., No. 09-13910 (KG); Lazy Days' R.V. Center, Inc., No. 09-13911 (KG); LDRV Holdings Corp., No. 09-13912 (KG); and RV Acquisition Inc., No. 09-13913 (KG); are hereby closed; *provided* that the Court shall retain jurisdiction as is provided for in Article XII of the Prepackaged Plan (Retention of Jurisdiction).

3. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen the Chapter 11 Cases for cause.

4. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. To the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: MARCH 22, 2010
Wilmington, Delaware

Kevin Gross
United States Bankruptcy Judge